A CERTIFIED TRUE COPY

JAN - 2 2003

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

Case 2:02-cv-06088-CBM-Mc   Document 55   Filed 01/13/03   Page 1 of 1   Page ID #:15

**03 CV 0167**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 2 2003

FILED
CLERK'S OFFICE

DOCKET NO. 1487

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE WORLDCOM, INC., SECURITIES & "ERISA" LITIGATION

California Public Employees Retirement System, et al. v. WorldCom, Inc., et al.,
  C.D. California, C.A. No. 2:02-6088 CBM (MCx)
Board of Trustees of the Teachers' Retirement System of the State of Illinois v.
  WorldCom, Inc., et al., N.D. Illinois, C.A. No. 1:02-5542
State Universities Retirement System of Illinois v. WorldCom, Inc., et al.,
  N.D. Illinois, C.A. No. 1:02-5543
Illinois State Board of Investment v. Bernard J. Ebbers, et al., N.D. Illinois,
  C.A. No. 1:02-6789
West Virginia Investment Management Board v. WorldCom, Inc., et al.,
  S.D. West Virginia, C.A. No. 2:02-1001

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE JANUARY 28, 2003 HEARING SESSION

A conditional transfer order was filed in these five actions on November 6, 2002. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the actions filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. Plaintiffs have now notified the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on November 6, 2002, is LIFTED insofar as it relates to these five actions, and thus the actions are transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Denise Cote.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 16, 2002, are VACATED insofar as they relate to these five actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED COPY
J. MICHAEL McMAHON,

BY _____
DEPUTY CLERK

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 15 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ CLERK DEPUTY

55